

# NUMBER 13-16-00561-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ANDRINA DE ANDA

## On Petition for Writ of Mandamus.'

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Per Curiam Order**

Relator Andrina De Anda filed a petition for writ of mandamus in the above cause seeking to enforce a forum selection clause contained in an attorney-client agreement. The Court requests that the real parties in interest, Jason C. Webster, P.C. d/b/a The Webster Law Firm and Jason C. Webster, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or

before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2,

52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
18th day of October, 2016.